AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MONICA VIZUET YANEZ <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> ELIAS SACAL COHEN, ESTHER KHABIE JAFIF de SACAL and EMILIA JAFIF PENHOS <br><br> _____ <br> *Defendant(s)* | Civil Action No.  1:26-cv-22475-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ELIAS SACAL COHEN
369 CENTER ISLAND DRIVE
GOLDEN BEACH, FLORIDA 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Walter J. Tache, Esq.
Tache, Bronis and Associates, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
wtache@tachebronis.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 10, 2026
_____

Angela E. Noble
Clerk of Court

*s/ B. Chin*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MONICA VIZUET YANEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:26-cv-22475-JEM |
| ELIAS SACAL COHEN, ESTHER KHABIE JAFIF de SACAL and EMILIA JAFIF PENHOS | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   EMILIA JAFIF PENHOS
19355 TURNBERRY WAY, UNIT 16D
AVENTURA, FLORIDA 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Walter J. Tache, Esq.
Tache, Bronis and Associates, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
wtache@tachebronis.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 10, 2026

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MONICA VIZUET YANEZ | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   1:26-cv-22475-JEM |
| ELIAS SACAL COHEN, ESTHER KHABIE JAFIF de SACAL and EMILIA JAFIF PENHOS | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ESTHER KHABIE JAFIF de SACAL
369 CENTER ISLAND DRIVE
GOLDEN BEACH, FLORIDA 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Walter J. Tache, Esq.
Tache, Bronis and Associates, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
wtache@tachebronis.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 10, 2026

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court